### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE GARCIA GUTIERREZ**, *Petitioner*,  v.  **J.L. JAMISON,** Warden of Philadelphia Federal Detention Center; **JOHN E. RIFE,** Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; **MARKWAYNE MULLIN,** Secretary of the Department of Homeland Security; **TODD BLANCHE,** Acting Attorney General of the United States; **THE U.S. DEPARTMENT OF HOMELAND SECURITY; THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,** *Respondents*. | **Civil No. 26-5229** |

### ORDER

**AND NOW**, this 29th day of July, 2026, upon consideration of the Petition of Jose Garcia Gutierrez for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Government shall respond to the petition by August 5, 2026. Petitioner shall file his reply, if any, on or before August 12, 2026.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge